# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143942

In re:

The Honorable SYLVIA A. JAMES,
Judge, 22nd District Court

_____

SC: 143942
JTC: Formal Complaint No. 88

On order of the Court, on the Court's own motion, the recommendation of the Judicial Tenure Commission having been filed, the final sentence of the order of May 2, 2012 is amended to read as follows:

"If a petition is filed, the Clerk is directed to set this matter for oral argument and submission on July 18, 2012 at 10 a.m."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2012

_____
Clerk